IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

EARL D. WIGGINS,

    Plaintiff,

v.                                                          Civil Action No. 3:22cv776

SLADJANA SKRBA,

    Defendant.

## MEMORANDUM OPINION

Plaintiff, a Virginia inmate proceeding *pro se* and *in forma pauperis*, filed this 42 U.S.C. § 1983 action. By Memorandum Opinion and Order entered on January 13, 2023, (ECF No. 23), the Court denied the Motion to Dismiss, (ECF No. 18), and ordered Plaintiff, within thirty (30) days of the date of entry thereof, to contact the Court and notify the Court of his desire to continue to litigate the action. The Court explained that if Plaintiff failed to respond within that time, the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b).

More than thirty (30) days have elapsed since the entry of the January 13, 2023 Memorandum Order and Plaintiff has failed to respond. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order will accompany this Memorandum Opinion.

Date: 03/01/23
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge